# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES WAYNE DEVERNA, JR., | ) | 3:15-cv-00384-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | June 6, 2016 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>     REPORTER:  <u>        FTR        </u>

COUNSEL FOR PLAINTIFF:  <u>Charles Wayne DeVerna, Jr., Pro Se (Telephonically)        </u>

COUNSEL FOR DEFENDANTS:  <u>James Bolotin                              </u>

**MINUTES OF PROCEEDINGS:  Motion Hearing**

1:34 p.m.  Court convenes.

The court addresses Plaintiff's "Motion for Continuance" (ECF No. 21) and Plaintiff's "First Request for Production of Documents" (ECF No. 22).

Plaintiff DeVerna explains he was afforded the opportunity and sufficient time to review the medical documents necessary to respond to Defendants' "Preemptive Motion to Dismiss or, Alternatively, Motion for Summary Judgment" (ECF No. 16).  Mr. DeVerna informs the court he has mailed his response to the court as of today's date (7/6/2016).

In view of Mr. DeVerna's representations, Plaintiff's "Motion for Continuance" (ECF No. 21) and Plaintiff's "First Request for Production of Documents" (ECF No. 22) are considered MOOT.

IT IS ORDERED Defendants' reply to Plaintiff's response is due **Friday, 7/29/2016**.  A scheduling order will not be entered at this time, but, if necessary, will be re-addressed after the resolution of the Defendants' motion (ECF No. 16).

/

Minutes of Proceedings
3:15-cv-00384-MMD-WGC
June 6, 2016

   There being no additional matters to address at this time, court adjourns at 1:42 p.m.

**IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

                By:       /s/      
                   Katie Lynn Ogden, Deputy Clerk